**Order filed, October 8, 2018.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-18-00583-CV**
_____

**DEAN SMITH, Appellant**

**V.**

**MICHELE ANN SMITH, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-33707**

---

## ORDER

The reporter's record in this case was due October 1, 218. *See* Tex. R. App. P. 35.1. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Eunice Tillman, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM